IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERMA-LINER INDUSTRIES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> GERALD D'HULSTER, <br><br> Defendant. | C.A. No. 1:20-cv-00409- |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian D. Hail, Esquire and Samuel J. Rubin, Esquire of Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, to represent Plaintiff Perma-Liner Industries, LLC in the above-captioned action.

Dated:  March 24, 2020       YOUNG CONAWAY STARGATT & TAYLOR, LLP

     */s/ Alberto E. Chávez*
     Scott A. Holt (No. 3399)
     Alberto E. Chávez (No. 6395)
     Rodney Square
     1000 North King Street
     Wilmington, Delaware 19801
     (302) 571-6600
     sholt@ycst.com
     achavez@ycst.com

     *Attorneys for Plaintiff Perma-Liner Industries, LLC*

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Brian D. Hail, Esquire and Samuel J. Rubin, Esquire is GRANTED.

Dated: March ___, 2020

						_____
						United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

   has been paid to the Clerk of the Court
x will be submitted to the Clerk's Office upon the filing of this motion

Dated:  March 24, 2020                     */s/ Brian D. Hail*
                                                           Brian D. Hail
                                                           GOODWIN PROCTER LLP
                                                           The New York Times Building
                                                           620 Eighth Street
                                                           New York, New York 10018
                                                           (212) 813-8800
                                                           bhail@goodwinlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

   has been paid to the Clerk of the Court
x will be submitted to the Clerk's Office upon the filing of this motion


Dated:  March 24, 2020                    */s/ Samuel J. Rubin*
                                                            Samuel J. Rubin
                                                            GOODWIN PROCTER LLP
                                                            The New York Times Building
                                                            620 Eighth Street
                                                            New York, New York 10018
                                                            (212) 813-8800
                                                            srubin@goodwinlaw.com